**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAULINO ALZATE NAVA, | No. 09-73967 |
| Petitioner, | Agency No. A075-598-528 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 6, 2012[**]

Before:    B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

Paulino Alzate Nava, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order denying his motion to reopen.

We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the

denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

2003), and we deny the petition for review.

The BIA did not abuse its discretion by denying Alzate Nava's motion to reopen where he filed the motion seven years after the BIA issued its final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and failed to demonstrate the due diligence required to obtain equitable tolling of the filing deadline, *see Iturribarria*, 321 F.3d at 897.

In light of our disposition, we do not address Alzate Nava's remaining contention.

**PETITION FOR REVIEW DENIED.**

09-73967